```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                       DISTRICT OF VERMONT

Thomas Massey, Kayce Lee Massey,   :
and Rave Enterprises, Inc.,        :
d/b/a The Rave,                    :
         Plaintiffs,               :
                                   :
     v.                            : File No. 2:03-CV-253
                                   :
Peter Deslauriers, City of         :
St. Albans, Joshua B. Tate,        :
Roland Webb, Clifford              :
Patterson, Jason Stoddard, and     :
St. Albans City Police             :
Department,                        :
         Defendants.               :
```

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed August 23, 2005.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The city defendants' motion for summary judgment (Paper 34) is GRANTED as to all counts.  In addition, The Masseys' motion to amend the complaint (Paper 33) is DENIED.

Dated at Burlington, in the District of Vermont, this 9th day of September, 2005.

                    /s/ William K. Sessions III_____
                    William K. Sessions III
                    Chief Judge